IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
                                )
            v.                  )   Criminal No. 07-72
                                )
DAVID MICHAEL IRWIN,            )
        Defendant.              )

ORDER

        AND NOW, this 29th day of February, 2008, the Court

having been advised that the above defendant wishes to

change his plea of not guilty, entered April 16, 2007,

IT IS HEREBY ORDERED that a hearing on defendant's

change of plea is set for Wednesday, March 19, 2008 at

10 a.m. in Courtroom #3A, 3rd floor, United States

Courthouse, Pittsburgh, Pennsylvania.


                        BY THE COURT:


                        s/Gary L. Lancaster          ,J.
                        The Honorable Gary L. Lancaster,
                        United States District Judge

cc:   Constance M. Bowden,
      Assistant United States Attorney

      Michael J. Novara,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation